1
2
3   Entered on Docket
    December 10, 2010                    _____
4                                        Hon. Mike K. Nakagawa
                                         United States Bankruptcy Judge
5

6   RICK A. YARNALL
    CHAPTER 13 BANKRUPTCY TRUSTEE
7   Marianne Gatti, Esq.
    Nevada Bar No. 7717
8   701 Bridger Avenue, Suite 820
    Las Vegas, Nevada 89101
    Telephone: (702) 853-4500
9   RAY13mail@LasVegas13.com

10
11              UNITED STATES BANKRUPTCY COURT
12              FOR THE DISTRICT OF NEVADA

13  In re:                                BK-S-10-29235-MKN
                                          Chapter 13
14  MERCEDES SORTO,

15              Debtor.                   Hearing Date: N/A
                                          Hearing Time: N/A
16

17          **ORDER DISMISSING CHAPTER 13**
            **CASE PURSUANT TO 11 U.S.C. § 521(i)**

18      As the above-captioned Debtor has not complied with 11 U.S.C § 521(i) in that the Debtor has

19  not filed Schedules A through J. The Debtor has also failed to file the Statement of Financial Affairs.

20  The 45 day period expired on November 29, 2010.

21      **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under chapter 13 is

22  DISMISSED for the Debtors' failure to comply with 11 U.S.C. § 521(i).

23  ///

1  **IT IS FURTHER ORDERED** that Trustee shall be allowed administrative expenses in the amount
2  of $150.00 per quarter that case is pending.

3  DATED this 7th day of December, 2010.

5  Submitted by:

7  _____
MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
8  701 Bridger Ave., Suite 820
Las Vegas, NV 89101
9  Attorney for RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee

###

4